# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CECIA GUTIERREZ MORALES, | Case No. CV 20-04982-JLS (DFM) |
| Petitioner, | Order Accepting Findings and Recommendation of United States Magistrate Judge |
| v. | |
| CHAD F. WOLF et al., | |
| Respondents. | |

Under 28 U.S.C. § 636, the Court has reviewed the Temporary Restraining Order ("TRO") Application, the other records on file herein, and the Findings and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Findings and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that the TRO Application is DENIED.

Date: June 18, 2020

_____
JOSEPHINE L. STATON
United States District Judge