JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CECIA GUTIERREZ MORALES,<br><br>Petitioner-Plaintiff,<br><br>v.<br><br>CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security, et al.,<br><br>Respondents-Defendants. | No. CV 20-4982 JLS (DFM)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

      Pursuant to the stipulation filed by the parties (Doc. 26), IT IS HEREBY ORDERED that the above-captioned action is dismissed without prejudice in its entirety, each party to bear its own costs, fees, and expenses.

DATED: February 18, 2021

                                                          _____
                                                          HON. JOSEPHINE L. STATON
                                                          UNITED STATES DISTRICT JUDGE